1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
4       1301 Clay Street, Suite 340S
        Oakland, CA 94612
5       Telephone: (510) 637-3701
        FAX: (510) 637-3724
6       David.Pereda@usdoj.gov

7  Attorneys for Defendant
   United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENISE NADER, | Case No.: C17-06568 KAW |
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE;** |
| v. | **[PROPOSED] ORDER AS MODIFIED** |
| ERIC D. HARGAN, | |
| Defendant. | |

The parties, through their counsel, hereby stipulate as follows:

On November 13, 2017, Plaintiff filed this action challenging an Administrative Law Judge's ("ALJ") decision in ALJ No. 1-854995573, Docket No. M-12-1555. ECF No. 1; ECF 1-1, at 26. The ALJ found that Medicare is entitled to a repayment of $187,802.15 from an award that Plaintiff's husband received. *Id.* Plaintiff contends that the decision is incorrect because the Alameda County Superior Court upheld an arbitration award that assigned a lower reimbursement amount to Medicare, and Medicare was represented by counsel during those proceedings. *Id.*

STIPULATION; [PROPOSED] ORDER
C17-06568 KAW

1

On July 30, 2018, the government filed the Administrative Record for this action. ECF No. 36.

Currently, Plaintiff's opening brief is due on October 1, 2018, with a hearing set for January 17, 2019. ECF No. 36.

Unfortunately, Plaintiff's counsel, Mr. Campisi, recently experienced a significant medical issue and then suffered a loss in his family. As a result, the parties respectfully seek to modify the briefing schedule as follows:

- **Opening Brief(s):** November 1, 2018
- **Response(s)**: November 29, 2018
- **Reply(ies):** December 31, 2018
- **Hearing**: February 21, 2019, at 1:30 p.m.

IT IS SO STIPULATED.

DATED: September 25, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney

LAW OFFICE OF WILLIAM CAMPISIS JR.

 /s/* *William Campisi Jr.*
WILLIAM CAMPISI JR.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER
C17-06568 KAW

2

**\*CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), I, David Pereda, hereby attest that Mr. Campisi concurred in the filing of this document.

STIPULATION; [PROPOSED] ORDER
C17-06568 KAW